# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BERNELL EARL

NO. 2021 KW 0312

**APRIL 26, 2021**

---

In Re:     Bernell Earl, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           539204-1.

---

**BEFORE:     GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

                              **JMG**
                              **PMc**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT